IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREG VAUGHN, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>KEN KLINGLER, et al., )<br>)<br>Respondents. ) | No. CIV-16-1092-C |

## ORDER OF TRANSFER

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Bernard M. Jones on September 26, 2016. On October 5, 2016, Petitioner filed a Response, stating he has no objection to the transfer of this case to the Eastern District of Oklahoma. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 6) is adopted and this case is transferred to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 6th day of October, 2016.

ROBIN J. CAUTHRON
United States District Judge